**Appendix A to Complaint – List of Defendants in the Adversary Proceeding**

|   | Enjoined Action[1] | Defendants in Adversary Proceeding | Lead Counsel for Defendants in Adversary Proceeding | Service Information for Defendants in Adversary Proceeding |
|---|---|---|---|---|
| **1** | **Pension Action** | | | |
| 1.A | *Durnack v. Ret. Plan Comm. of Talen Energy Corp. et al.*, No. 5:20-CV-05975 (E.D. Pa. Nov. 27, 2020) | Annette M. Durnack, Anne W. Fiore, Timothy G. Wales, Jeffrey S. Weik | Alan M. Sandals<br>Sandals & Associates, P.C.<br>4 Green Hill Road<br>P.O. Box 385<br>Washington Depot, CT 06794<br><br>asandals@sandalslaw.com | Annette M. Durnack<br>247 Milkweed Dr.<br>Allentown, PA 18104<br><br>Anne W. Fiore<br>4612 Nicole Lane<br>Bethlehem, PA 18017<br><br>Timothy G. Wales<br>216 Sofia Blvd. Blandon, PA 19510<br><br>Jeffrey S. Weik<br>2706 Foxfire Ct.<br>Coplay, PA 18037 |
| **2** | **Burnett Action** | | | |
| 2.A | *Richard Burnett and Colstrip Properties Inc., et al. v. Talen Montana, LLC, et al.*, No. CV 20-58 (Mont. 16th Jud. Dist. Ct. Rosebud Cnty. Dec. 14, 2020) | Richard Burnett, Colstrip Properties Inc., Wendy Acton, Jeff Acton, Ron Alder, Velvet Alder, Phillip Baney, Deb Baney, Michael Bear Comes Out, Janelle Beartusk, Jeff Benson, Debi Benson, Alecia Big Man, Nathan Borge, Shauna Borge, David Boushie, Otto Braided Hair, Robert Burns, Gina Campbell, Shevin Childers, Scott Cole, Berta Connor, Leo Connor, Martin Courneya, Sunshine Curlee, John Currier, Terry Currier, Seth Currier, Kayla De La Ossa, Lisa Demaniow, Butch Dempster, Kris Egan, Rosemond Egerer, Michael Esser, Richie Lee Gibson, Carlene Gondara, Ralph Gregg, Anthony Grimes, Shay Grinsell, James Hafer, Deborah Hamilton, Richard Hamner, Mame Hamner. Darrell Handyside, High Plains Property, LLC, Bonnie Judge, Robert Judge, | Colin Gerstner<br>Gerstner Adam Law PLLC<br>2828 1st Ave. S<br>Billings, MT 59101<br><br>colin@gerstneradamlaw.com | Colin Gerstner<br>Gerstner Adam Law PLLC<br>2828 1st Ave. S<br>Billings, MT 59101<br><br>colin@gerstneradamlaw.com |

---

[1] The Enjoined Actions are listed in the order in which they are discussed in the Motion.

| | Enjoined Action[1] | Defendants in Adversary Proceeding | Lead Counsel for Defendants in Adversary Proceeding | Service Information for Defendants in Adversary Proceeding |
|---|---|---|---|---|
| | | Patty Kent, Martin Kleinsasser, Patsy Lackey, Leasa McDonald, Daniel Ledwell, Jamie Lloyd, Raymond Loveridge, Jody Mann, Larry McTaggart, Debra McTaggart, Marshall Mead, Shirley Mead, Bruce Miller, Cynthia Miller, Shawn Myers, Robert Narron, Jane Neumiller, Codi Olive, Timothy O'Reilly, Carol Parker, Shane Paul, Tamara Paul, Vanessa Reed, Mitchell Robbins, Chrispin Rosado, Amanda Rosado, Gumercindo Rosado, Ranoda Rosado, Shea Rosado, Vydalia Sanchez, Eric Sherman, Trish Sherman, Gary Sherman, Adam Spang, Jacob Sprague, Brant Stiller, Shane Struthers, Urich Two Two, Allan Violett Jr., Adrienne Violett, Mildred Violett, Darrin Waples, Vivian Waples, Triena Warfield, Craig Watkins, Scott White, Lissa White, Natasha Whitewolf, Heather Willoughby, Bernard Wolfe | | |
| 3 | **Riverbed Action** | | | |
| 3.A | *State of Montana v. Talen Montana, LLC, et al.*, No. 16-cv-00035-DLC (D. Mont. Apr. 20, 2016) | State of Montana | James P. Molloy<br>Gallik, Bremer & Molloy, P.C.<br>777 East Main St., Suite 203<br>P.O. Box 70<br>Bozeman, MT 59771<br><br>jim@gallicklawfirm.com | Office of the Attorney General<br>Justice Building, 3d Floor<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620 |
| 4 | **Tejas Pipeline Action** | | | |
| 4.A | *Kinder Morgan Tejas Pipeline LLC v. Nueces Bay LLC, et al.*, 2021-cv-37254 (Tex. Dist. Ct. Harris Cnty. June 21, 2021) | Kinder Morgan Tejas Pipeline LLC | Jean C. Frizzell<br>Reynolds Frizzell LLP<br>1100 Louisiana Street, Suite 3500<br>Houston, TX 77002<br><br>jfrizzell@reynoldsfrizzell.com | *Registered Agent:*<br>Capitol Corporate Services<br>1501 S. Mopac Expy., Suite 220<br>Austin, TX 78746 |