**WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| Main Case No:  22-90054 | Name of Debtor: Talen Energy Supply, LLC and Talen Technology Ventures LLC |
| Adversary No: 22-03219 | Style of Adversary: |
| | |
| Witnesses: James P. Molloy will testify | |
| to the substance of the "Riverbed | Judge: Isgur |
| Action," the proceedings, and the | Courtroom Deputy: |
| Exhibits for the State of Montana | Hearing Date:  8/30/2022 |
| A through F. | Hearing Time: 10:00 a.m. |
| | Party's Name:  State of Montana |
| | Attorney's Name: James A. Patten |
| | Attorney's Phone: 406-252-8500 |
| | Nature of Proceeding:  Objection of State of Montana to Plaintiff's Emergency Motion for an Order (I) Extending the Automatic Stay to the Protected Parties in Certain Prepetition Actions, and (II) Preliminarily Enjoining Such Prepetition Actions (Document Nos. 2, 25) |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| State of MT Ex. A | USDC Montana 6:16-cv-00035-DLC docket sheet | | | | |
| State of MT Ex. B | USDC Montana 6:16-cv-00035-DLC dkt.358 -Final Pretrial Order | | | | |
| State of MT Ex. C | USDC Montana 6:16-cv-00035-DLC dkt.374 – Post Trial Briefing Order | | | | |
| State of MT Ex. D | USDC Montana 6:16-cv-00035-DLC dkt.404 – Stay Order | | | | |
| State of MT Ex. E | Case 6:16-cv-00035-CCL dkt 108 – Findings of Fact and Conclusions of Law | | | | |
| State of MT Ex. F | Case 6:16-cv-00035-CCL dkt 109 – Memorandum of Decision | | | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of August 2022, a true and correct copy of the above and foregoing was served upon all parties via the Court's electronic case filing system (ECF) and by U.S. Mail, postage prepaid, at the addresses set forth below:

Kroll Restructuring Administration
fka Prime Clerk LLC
55 East 52nd Street 17th Floor
New York, NY 10055

By: _____ /s/JA Patten _____
        For Patten, Peterman, Bekkedahl & Green